IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION
CRIMINAL MINUTES - **SENTENCING**

United States of America

    vs          Case Number: 14-04022-01-CR-C-BCW

Richard Carl Brown

Reporter: Denise Halasey    CRD:C. James
Date: February 22, 2016

Honorable Brian C. Wimes    presiding at Jefferson City, Missouri

Time: 3:07 – 3:21
**Dft plead to Counts 1 on 10/20/15 and plea was accepted this date.**

**APPEARANCES**      Plaintiff: Jim Lynn
                            Defendant: Scott Hamblin
                            Probation: Sam Casey

- x_    Defendant appears in person and by counsel.
- x_    No legal cause found to delay.
- x_    PSI report received and reviewed by all parties.
- x_    No Additions/Corrections made
- x_    Allocution accorded.
- x_    Special assessment of $100.
- x__    No Restitution
- x__    Fine waived
- x__    Court orders dft to term of 2 years of Probation on counts 1
- x__    Special Conditions of Probation ordered pursuant to part D of the Presentence Investigation Report
- x__    Defendant advised of right to appeal.
- x__    Mandatory drug testing waived

WITNESS: Defendant, Richard Brown